CHARLES C. FERGUSON v. WESTERN UNION TELEGRAPH COMPANY.

Argued June 9, 1899—Decided November 13, 1899.

1. An averment in a declaration that a telegraph wire broke and gave way at the point where it had been fastened to the pole, with such force that the plaintiff was by reason thereof thrown from the top of the pole to the ground, is not specific enough for good pleading.
2. Proper practice requires that such deficient pleading be stricken out on motion only.

On demurrer to *narr.*

Before Justices VAN SYCKEL, GARRISON and LIPPINCOTT.

For the plaintiff, *Freeman Woodbridge.*

For the defendant, *Applegate & Hope.*

PER CURIAM.

The averment of the declaration that a telegraph wire broke and gave way at the point where it had been fastened to the pole, with such force that the plaintiff was by reason thereof thrown from the top of the pole to the ground, is not specific enough for good pleading. *Race* v. *Easton and Amboy Railroad Co.,* 33 *Vroom* 536 ; *Van Horn* v. *Railroad Co.,* 9 *Id.* 133.

But under these authorities proper practice requires that the deficient pleading be stricken out on motion only.

The demurrer is therefore overruled.